# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CLIFF JENNINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-72 |
| ) | |
| ) | (Phillips) |
| CITY OF LAFOLLETTE, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Motion for Summary Judgment by defendant City of LaFollette [Doc. 11]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Cliff Jennings take nothing, that Plaintiff's federal claims be **DISMISSED WITH PREJUDICE**, that Plaintiff's state law claims be **DISMISSED WITHOUT PREJUDICE**, and that Defendant recover of the Plaintiff its costs of action.

The final pretrial conference scheduled for January 25, 2011, and the trial scheduled for February 1, 2011 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of December, 2010.

                                         s/ Patricia L. McNutt
                                           Clerk of Court